## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD WENTZ,<br><br>                    Plaintiff,<br><br>v.<br><br>CORLE BUILDING SYSTEMS, INC.<br><br>                    Defendant. | Case No.: 3:24-cv-18<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff, Donald Wentz, by and through his attorneys, Weisberg Cummings, P.C., brings this civil action for damages against the above-named Defendant, Corle Building Systems, Inc., demands a trial by jury, and complains and alleges as follows:

## JURISDICTION AND VENUE

1. Jurisdiction of the claims set forth in this Complaint is proper in this judicial district pursuant to the Americans with Disabilities Act, as amended, 42 U.S.C. §12101 *et seq.* (the "ADA"), and 28 U.S.C. §§1331 and 1343.

1

2. This Court has, and should exercise, supplement jurisdiction over Plaintiff's state claims under the Pennsylvania Human Relations Act, as amended, 43 P.S. §951, *et seq.* (the "PHRA") pursuant to 28 U.S.C. §1367.

3. Venue is proper in the Western District of Pennsylvania pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to these claims occurred in this Judicial District, and because the unlawful discrimination practices that are the subject of this action were committed in this Judicial District.

## THE PARTIES

4. Plaintiff, Donald Wentz ("Mr. Wentz"), is an adult male residing in Altoona, Blair County, Pennsylvania.

5. Mr. Wentz is a individual with a disability, aorta aneurysm, as defined by the ADA.

6. Defendant, Corle Building Systems, Inc. ("Defendant"), is a Pennsylvania corporation with a principal place of business located at 404 Sarah Furnace Road, Imler, Bedford County, Pennsylvania.

7. At all times relevant to this Complaint, Defendant was an employer as defined by the ADA and the PHRA.

## ADMINISTRATIVE PROCEEDINGS

8. On or about October 6, 2022, Mr. Wentz filed a Charge of Discrimination against Defendant with the Equal Employment Opportunity Commission ("EEOC") which was docketed as Case No. 530-2023-01161, with instructions to be cross-filed with the Pennsylvania Human Relations Commission.

9. Mr. Wentz has been advised by the EEOC of his right to sue in federal court, which notice was received on or about November 13, 2023.

10. All necessary and appropriate administrative prerequisites to this action have occurred.

## STATEMENT OF FACTS

11. Mr. Wentz was hired by Defendant as a Welder in or about November 2019.

12. Mr. Wentz has a disability, aorta aneurysm, but was able to perform the duties of a Welder without accommodation.

13. At all times during his employment with Defendant, Mr. Wentz performed his job in a satisfactory manner.

14. In or about April of 2022, Defendant began requiring its employees to work overtime.

15. The excessive overtime work exacerbated Mr. Wentz's underlying disability, and prompted him to request an accommodation from Defendant in order to perform his duties.

16. Specifically, Mr. Wentz requested that he only be required to work eight (8) hour days and not work overtime, per his doctor's recommendation.

17. In or about May 2022, Mr. Wentz filed ADA paperwork with Defendant in order to request this reasonable accommodation.

18. On or about June 9, 2022, only two weeks after receiving Mr. Wentz's request, Defendant terminated Mr. Wentz on the pretext of his work performance.

19. Based upon these facts, Mr. Wentz was discriminated against because of his disability.

## COUNT I

### VIOLATIONS OF THE ADA
### DISCRIMINATION AND FAILURE TO PROVIDE
### REASONABLE ACCOMMODATION

20. All prior paragraphs are incorporated herein as if set forth fully below.

21. Mr. Wentz is within the protected class of individuals as designated by the ADA.

22. Mr. Wentz is a qualified individual with a disability.

23. Mr. Wentz suffers from aorta aneursym, a disabling condition involving his heart.

24. Mr. Wentz was able to perform the essential functions of his job as a Welder with a reasonable accommodation.

25. Specifically, Mr. Wentz needed to work only eight (8) hour days and not be required to work overtime.

26. Defendant violated the ADA and committed illegal discrimination by discriminating against Mr. Wentz due to his disability and by failing to afford Mr. Wentz a reasonable accommodation.

27. As a direct and proximate result of the conduct of Defendant in violating the ADA by discriminating against Mr. Wentz on the basis of his disability, Mr. Wentz has been permanently and irreparably harmed and damaged and has and will continue to lose benefits of employment such as lost earnings, lost employment benefits, and non-economic damages in the form of embarrassment, humiliation, and anxiety.

WHEREFORE, Plaintiff, Donald Wentz, respectfully requests this Honorable Court to enter judgement in his favor and against Defendant, Corle Building Systems, Inc., together with back wages, front wages, compensatory damages, punitive damages, reasonable attorneys' fees and costs, and any such other relief as this Honorable Court deems just and appropriate, which total amount exceeds the jurisdictional limits for mandatory arbitration referral.

## COUNT II

## VIOLATIONS OF THE PHRA
## DISABILITY DISCRIMINATION

28.  All prior paragraphs are incorporated herein by reference as if more fully set forth at length.

29.  This is an action arising under the provision of the PHRA and this Court has, and should exercise, pendant jurisdiction over the same because the causes of action complained of in this Count II arise out of the same facts, events and circumstances as Count I, and therefore judicial economy and fairness to the parties dictates that this Count be brought in the same Complaint.

30.  By discriminating against Mr. Wentz on the basis of his disability, Defendant violated Mr. Wentz's state rights under the PHRA.

31.  As more fully set forth in Count I, Mr. Wentz has suffered directly and solely as a result of the Defendant's actions, both economic harm and emotional distress, and will continue to suffer the same for the indefinite future.

**WHEREFORE**, Plaintiff, Donald Wentz, respectfully requests this Honorable Court to enter judgement in his favor and against Defendant, Corle Building Systems, Inc., together with back wages, front wages, compensatory damages, reasonable attorneys' fees and costs, and any such other relief as this Honorable Court deems just and appropriate, which total amount exceeds the jurisdictional limits for mandatory arbitration referral.

## **DEMAND FOR JURY**

Pursuant to Federal Rule of Civil Procedure 38(b) and otherwise, Plaintiff respectfully demand a trial by jury.

Respectfully submitted,

**WEISBERG CUMMINGS P.C.**

Date: February 2, 2024

*/s/Steve T. Mahan*
Steve T. Mahan (PA 313550)
smahan@weisbergcummings.com

*/s/Derrek W. Cummings*
Derrek W. Cummings (PA 83286)
dcummings@weisbergcummings.com

*/s/Michael J. Bradley*
Michael J. Bradley (PA 329880)
mbradley@weisbergcummings.com

*/s/ Larry A. Weisberg*
Larry A. Weisberg (PA 83410)
lweisberg@weisbergcummings.com

2704 Commerce Drive, Suite B
Harrisburg, PA 17110
(717) 238-5707
(717) 233-8133 (Fax)

Counsel for Plaintiff