IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD WENTZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CORLE BUILDING SYSTEMS, INC.,<br><br>　　　　Defendant. | Case No. 3:24-cv-00018-KRG |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Donald Wentz, and Defendant, Corle Building Systems, Inc., hereby stipulate and agree that this action is DISMISSED WITH PREJUDICE and without an award of costs or fees to any party.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| DATED: July 12, 2024 | DATED: July 12, 2024 |
| By: /s/Steve T. Mahan | By: /s/Michael J. Wagner |
| Steve T. Mahan<br>smahan@weisbergcummings.com<br>WEISBERG CUMMINGS, P.C.<br>2704 Commerce Drive, Suite B<br>Harrisburg, PA 17110<br>Telephone: (717) 238-5707 | Michael J. Wagner<br>mwagner@wagfinn.com<br>WAGNER & FINN, P.C.<br>153 Lakemont Park Boulevard<br>Altoona, PA 16602<br>Telephone: (814) 944-4700 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

AND NOW, this 15th day of July, 2024.
IT IS SO ORDERED. /s/ Kim R. Gibson
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Steve T. Mahan, hereby certify that on July 12, 2024, I filed the foregoing document using the Court's CM/ECF system, which sent notification to all counsel of record.

*/s/ Steve T. Mahan*
Steve T. Mahan

308641226v.1